

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00018-CV

———————————————

FERGUSON ENTERPRISES, LLC, Appellant

V.

ALLSTATE INDEMNITY COMPANY, A/S/O MICHAEL MARTIN, Appellee

---

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2021-03692

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Amended Agreed Motion to Reverse Judgment and Remand." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 14, 2022